JOHN C. RODGERS, JR., Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Rodgers* v. *City of New York*, 120 App. Div. 880, affirmed.
(Argued April 9, 1908; decided April 24, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1907, affirming a judgment in favor of defendant entered

35

upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.